

The following constitutes the order of the court.
Signed March 17, 2016

William J. Lafferty, III
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re | Case No. 14-44325 |
| Scott Eric Zeilinger | Chapter 7 |
| Debtor. | Adv. Pro. No. 15-04006 |
| Angela and Raoul Relucio, | |
| Plaintiffs, | |
| v. | |
| Scott Eric Zeilinger, | |
| Defendant. | |

**MEMORANDUM ON BILL OF COSTS**

On February 11, 2016, the Court entered the *Judgment* (doc. 73). The Judgment amount, which consisted of both the return of Plaintiffs' purchase and prejudgment interest, was approved as to form by both parties. On February 25, 2016, Plaintiffs entered their *Bill of Costs* (doc. 74) in the amount of $2,439.22. On March 2, 2016, Defendant filed his *Objection* (doc. 75) on the grounds that costs were never addressed during the discussions regarding the calculation of the Judgment and that an award of costs is within the Court's discretion pursuant to Federal Rule of Bankruptcy Procedure 7054(b).

The COURT HEREBY requests that both parties, within two weeks from entry of this Memorandum, meet and confer in attempt to resolve their disagreement as to costs. If no

consensual resolution can be reached, then the parties must provide the Court with a memorandum of points and authorities to support their position and/or set the matter for hearing.

***END OF ORDER***

**Court Service List**